**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| IRA J. GAINES, an individual, and LANNY LAHR, an individual, | |
| Plaintiff, | 2:22-cv-01206-APG-VCF |
| v. | **ORDER** |
| BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual, inclusive, | |
| Defendant(s). | |

Before the court is *Ira J. Gaines, et al. v. Brian Keasberry, et al.*, case number 2:22-cv-01206-APG-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before February 2, 2023.

DATED this 19th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE