# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ira J. Gaines, *et al.*,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Brian Keasberry, *et al.*,<br><br>　　　　　　Defendant(s). | 2:22-cv-01206-APG-MDC<br><br>**ORDER DENYING STIPULATION** |

IT IS ORDERED that the *Stipulation for Extension of Time* (ECF No. 45) is DENIED WITH LEAVE TO AMEND. The parties do not address the Close of Discovery Date, which closed as to Plaintiff's primary claims on July 31, 2024, per ECF No. 34.

DATED this 3rd day of September 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge