# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRA J. GAINES and LANNY LAHR, | Case No.: 2:22-cv-01206-APG-VCF |
| Plaintiffs | **Order** |
| v. | |
| BRIAN KEASBERRY and AARIF JAMANI, | |
| Defendants | |
| AND ALL RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | |

The proposed joint pretrial order is overdue. *See* ECF Nos. 48 at 2 (stating that the pretrial order was due 30 days after decision on a dispositive motion; 70 (September 22, 2025 order on the plaintiffs' motion for summary judgment).

I THEREFORE ORDER that the proposed joint pretrial order is due December 19, 2025.

DATED this 1st day of December, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE