**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRA J. GAINES and LANNY LAHR,<br><br>　　　Plaintiffs<br><br>v.<br><br>BRIAN KEASBERRY and AARIF JAMANI,<br><br>　　　Defendants<br><br>AND ALL RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | Case No.: 2:22-cv-01206-APG-VCF<br><br>**Order Rejecting Plaintiffs' Proposed Pretrial Order**<br><br>[ECF No. 73] |

　　　Local Rules 16-3(b) and 16-4 require the parties to file a joint proposed pretrial order. The plaintiffs filed their own proposed order claiming their counsel reached out to defendants' counsel without a timely response. ECF No. 73 at 2 n.1. The plaintiffs do not explain when they contacted defendants' counsel about the proposed order and how much time they allowed for a response. In addition, the parties apparently intend to jointly request a stay of the case while they mediate. *Id.*

　　　I THEREFORE ORDER that the plaintiffs' proposed pretrial order (ECF No. 73) is rejected. The parties will file a joint proposed pretrial order by January 5, 2026 unless they file a proper stipulation to stay the case before then.

　　　DATED this 22nd day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE