SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**SHERMAN LAW, PLLC**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 900-2786
Facsimile: (702) 714-0971
E-Mail:   shlomo@shermanlawlv.com

Attorneys for Plaintiffs/Counter-Defendants,
IRA J. GAINES and LANNY LAHR

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| IRA J. GAINES, an individual, and LANNY LAHR, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01206-APG-MDC<br><br><br><br><br><br>**STIPULATION TO SET CASE FOR SETTLEMENT CONFERENCE**<br><br>**(FIRST REQUEST)** |
| BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual,<br><br>　　　　　　Counterclaimants,<br><br>vs.<br><br>IRA J. GAINES, an individual, and LANNY LAHR, an individual,<br><br>　　　　　　Counter-Defendants. | |
| BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual,<br><br>　　　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>DANIEL SERRUYA, an individual, and MICHAEL KOVACOCY, an individual,<br><br>　　　　　　Third-Party Defendants. | |

　　　　Pursuant to LR 16-5, Plaintiffs/Counter-Defendants IRA J. GAINES and LANNY LAHR ("Plaintiffs") and Defendants/Counterclaimants BRIAN KEASBERRY and AARIF JAMANI

*Stipulation re Settlement Conference*

1

("Defendants," and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby request that this case be set for a Settlement Conference.

While pursuant to LR 16-5, "no disclosure may be made to anyone, including the judicial officer to whom the case is assigned, of any confidential dispute-resolution communication that reveals the parties' dispute-resolution positions or the evaluating magistrate judge's advice or opinions," and while certain of their settlement communications might, indeed, reveal the Parties' dispute-resolution positions, the Parties state that their efforts to resolve their dispute in a manner that takes into consideration Parties' respective positions would benefit from the framework provided by this Court's Settlement Conference program. The Parties are further in a position to state that one of the driving considerations of the Parties' current settlement discussions is the Parties' discovery and the legal consequences of Section 7 of Exhibit A to the Certificate of Designation that created the Series A Preferred Stock at issue in this case, which provides, in pertinent part, as follows:

> Each share of Series A Preferred Stock shall automatically convert into one share of Common Stock upon the first to occur of (a) a Transfer of such share of Series A Preferred Stock other than to a Permitted Transferee…, or (c) the resignation of the Designated Person as an officer of the Corporation.

The Parties concede that neither Plaintiff falls within the definition of "Permitted Transferee," such that, if the foregoing provision is enforceable as written, the economic value *to Plaintiffs* of the Series A Preferred Stock if an involuntarily transfer is compelled from either of the Defendants may be dramatically different than what they had previously understood.

On the other hand, the Parties consider the timing to be opportune to resolve, not only the instant litigation, but the underlying judgment against Brian Keasberry as well.

///
///
///
///
///
///

*Stipulation re Settlement Conference*

2

WHEREFORE, for good cause and not for the purpose of delay, the Parties hereby stipulate to this case being set for a Settlement Conference

DATED this 5th day of January, 2026.

**SHERMAN LAW, PLLC**

*[signature]*

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

Attorneys for Plaintiffs/Counter-Defendants,
IRA J. GAINES and LANNY LAHR

DATED this 5th day of January, 2026.

**SILVER STATE LAW LLC**

/s/ *J. Robert Smith*

J. ROBERT SMITH, ESQ.
Nevada Bar No. 10992
61 Continental Dr.
Reno, Nevada 89509

Attorneys for Defendants/Counterclaimants,
BRIAN KEASBERRY and AARIF JAMANI

**ORDER**
**IT IS SO ORDERED:**

*[signature]*

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

DATED: January 6, 2026

*Stipulation re Settlement Conference*

3