SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**SHERMAN LAW, PLLC**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 900-2786
Facsimile: (702) 714-0971
E-Mail:   shlomo@shermanlawlv.com

Attorneys for Plaintiffs/Counter-Defendants,
IRA J. GAINES and LANNY LAHR

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IRA J. GAINES, an individual, and LANNY LAHR, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-01206-APG-VCF<br><br><br><br>**STIPULATION TO STAY LITIGATION**<br><br>**(FIRST REQUEST)** |
| BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual,<br><br>　　　　　　　　Counterclaimants,<br><br>vs.<br><br>IRA J. GAINES, an individual, and LANNY LAHR, an individual,<br><br>　　　　　　　　Counter-Defendants. | |
| BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual,<br><br>　　　　　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>DANIEL SERRUYA, an individual, and MICHAEL KOVACOCY, an individual,<br><br>　　　　　　　　Third-Party Defendants. | |

Plaintiffs/Counter-Defendants IRA J. GAINES and LANNY LAHR ("Plaintiffs") and Defendants/Counterclaimants BRIAN KEASBERRY and AARIF JAMANI ("Defendants," and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby request

*Stipulation re Litigation Stay*

1

1  that all litigation and any further proceedings be stayed for a period of ninety (90) days to permit the

2  Parties to pursue promising settlement negotiations without incurring additional litigation costs.

3  The Parties represent that they are actively in the midst of direct and informal settlement

4  discussions, and that being required to expend attorneys' fees and costs preparing for trial while such

5  discussions are ongoing would place the Parties in a counter-productive position.

6  While pursuant to LR 16-5, "no disclosure may be made to anyone, including the judicial

7  officer to whom the case is assigned, of any confidential dispute-resolution communication that

8  reveals the parties' dispute-resolution positions or the evaluating magistrate judge's advice or

9  opinions," and while certain of their settlement communications might, indeed, reveal the Parties'

10 dispute-resolution positions, the Parties state that they are actively working to resolve their dispute

11 in a manner that takes into consideration Parties' respective positions. The Parties are further willing

12 to state that one of the driving considerations of the Parties' current settlement discussions is the

13 Parties' discovery and the legal consequences of Section 7 of Exhibit A to the Certificate of

14 Designation that created the Series A Preferred Stock at issue in this case, which provides, in

15 pertinent part, as follows:

> Each share of Series A Preferred Stock shall automatically convert into one share of Common Stock upon the first to occur of (a) a Transfer of such share of Series A Preferred Stock other than to a Permitted Transferee…, or (c) the resignation of the Designated Person as an officer of the Corporation.

19 The Parties concede that neither Plaintiff falls within the definition of "Permitted

20 Transferee," such that, if the foregoing provision is enforceable as written, the economic value *to*

21 *Plaintiffs* of the Series A Preferred Stock if an involuntarily transfer is compelled from either of the

22 Defendants may be dramatically different than what they had previously understood.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*Stipulation re Litigation Stay*

2

WHEREFORE, for good cause and not for the purpose of delay, the Parties hereby stipulate to a 90-day stay of all litigation and/or deadlines in this action to permit the Parties to exhaust any settlement possibilities.

DATED this 5th day of January, 2026.         DATED this 5th day of January, 2026.

**SHERMAN LAW, PLLC**                        **SILVER STATE LAW LLC**

[signature]                                  /s/ J. Robert Smith

SHLOMO S. SHERMAN, ESQ.                      J. ROBERT SMITH, ESQ.
Nevada Bar No. 009688                        Nevada Bar No. 10992
2620 Regatta Drive, Suite 102                61 Continental Dr.
Las Vegas, Nevada 89128                      Reno, Nevada 89509

Attorneys for Plaintiffs/Counter-Defendants, Attorneys for Defendants/Counterclaimants,
IRA J. GAINES and LANNY LAHR                 BRIAN KEASBERRY and AARIF JAMANI

## ORDER

IT IS SO ORDERED:

The Court reasonably construes the parties' stipulation as a request to stay all discovery and pre-trial deadlines and to allow the requested settlement conference to proceed and **GRANTS** such request.

[signature]

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

DATED: January 6, 2026

*Stipulation re Litigation Stay*

3