SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**SHERMAN LAW, PLLC**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 900-2786
Facsimile: (702) 714-0971
E-Mail:    shlomo@shermanlawlv.com

Attorneys for Plaintiffs/Counter-Defendants,
IRA J. GAINES and LANNY LAHR

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IRA J. GAINES, an individual, and LANNY LAHR, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual, inclusive,<br><br>        Defendants. | Case No. 2:22-cv-01206-APG-MDC<br><br><br>**STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF SETTLEMENT DOCUMENTS**<br><br>**(FIRST REQUEST)** |
| BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual,<br><br>        Counterclaimants,<br><br>vs.<br><br>IRA J. GAINES, an individual, and LANNY LAHR, an individual,<br><br>        Counter-Defendants. | |
| BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual,<br><br>        Third-Party Plaintiffs,<br><br>vs.<br><br>DANIEL SERRUYA, an individual, and MICHAEL KOVACOCY, an individual,<br><br>        Third-Party Defendants. | |

Pursuant to this Court's minute order entered on February 5, 2026, as Docket No. 90 Plaintiffs/Counter-Defendants IRA J. GAINES and LANNY LAHR ("Plaintiffs") and Defendants/Counterclaimants BRIAN KEASBERRY and AARIF JAMANI ("Defendants," and

*Stipulation re Settlement Documents*

1

collectively with Plaintiffs, the "Parties"), following the parties' notification that a settlement of this matter had been reached, the parties were to submit dismissal papers by March 9, 2026.

The parties have circulated draft settlement papers that are currently undergoing review and revision. However, the parties' settlement envisions a global settlement resolving all of the parties' disputes, encompassing more than the instant case, and requires the verification of multiple details relating to the debt and equity of Gen 2 Technologies, Inc.

WHEREFORE, for good cause and not for the purpose of delay, the Parties hereby request and stipulate to a two-week extension of the deadline by which to submit dismissal documents to Monday, March 23, 2026.

DATED this 9th day of March, 2026.

**SHERMAN LAW, PLLC**

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

Attorneys for Plaintiffs/Counter-Defendants,
IRA J. GAINES and LANNY LAHR

DATED this 9th day of March, 2026.

**SILVER STATE LAW LLC**

/s/ *J. Robert Smith*

J. ROBERT SMITH, ESQ.
Nevada Bar No. 10992
61 Continental Dr.
Reno, Nevada 89509

Attorneys for Defendants/Counterclaimants,
BRIAN KEASBERRY and AARIF JAMANI

## ORDER

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

DATED: March 11, 2026

*Stipulation re Settlement Documents*

2

SHERMAN LAW, PLLC
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Tel: (702) 900-2786 / Fax: (702) 714-0971