SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**SHERMAN LAW, PLLC**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 900-2786
Facsimile: (702) 714-0971
E-Mail:    shlomo@shermanlawlv.com

Attorneys for Plaintiffs/Counter-Defendants,
IRA J. GAINES and LANNY LAHR

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IRA J. GAINES, an individual, and LANNY LAHR, an individual, | Case No. 2:22-cv-01206-APG-VCF |
| Plaintiffs, | |
| vs. | |
| BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual, inclusive, | |
| Defendants. | **STIPULATION TO DISMISS THE ACTION** |
| BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual, | |
| Counterclaimants, | |
| vs. | |
| IRA J. GAINES, an individual, and LANNY LAHR, an individual, | |
| Counter-Defendants. | |
| BRIAN KEASBERRY, an individual; AARIF JAMANI, an individual, | |
| Third-Party Plaintiffs, | |
| vs. | |
| DANIEL SERRUYA, an individual, and MICHAEL KOVACOCY, an individual, | |
| Third-Party Defendants. | |

The parties, Plaintiffs/Counter-Defendants IRA J. GAINES and LANNY LAHR ("Plaintiffs") along with Defendants/Counterclaimants BRIAN KEASBERRY and AARIF JAMANI ("Defendants," and collectively with Plaintiffs, the "Parties"), having reached a settlement

*Stipulation re Dismissal*

1

SHERMAN LAW, PLLC
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Tel: (702) 900-2786 / Fax: (702) 714-0971

of this matter as document by a mutually-executed settlement agreement (the "Settlement Agreement"), hereby respectfully stipulate to the dismissal of this action with prejudice, and request that the Court dismiss this action and vacate all pending dates and deadlines. The Parties further stipulate to this Court retaining jurisdiction for the purpose of enforcing the Parties' Settlement Agreement.

WHEREFORE, for good cause, the Parties hereby request and stipulate to a full dismissal of the this action with prejudice, with the Court retaining jurisdiction to enforce the terms of the Parties' settlement.

DATED this 25th day of March, 2026.                 DATED this 23rd day of March, 2026.

SHERMAN LAW, PLLC                                     SILVER STATE LAW LLC


_____                 /s/ *J. Robert Smith*
SHLOMO S. SHERMAN, ESQ.                               J. ROBERT SMITH, ESQ.
Nevada Bar No. 009688                                Nevada Bar No. 10992
2620 Regatta Drive, Suite 102                        61 Continental Dr.
Las Vegas, Nevada 89128                              Reno, Nevada 89509

Attorneys for Plaintiffs/Counter-Defendants,         Attorneys for Defendants/Counterclaimants,
IRA J. GAINES and LANNY LAHR                          BRIAN KEASBERRY and AARIF JAMANI


**IT IS SO ORDERED:**


_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

DATED: March 26, 2026

SHERMAN LAW, PLLC
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Tel: (702) 900-2786 / Fax: (702) 714-0971

*Stipulation re Dismissal*

2